# In The United States Court of Federal Claims

Cover Sheet 05-1094 C

Plaintiff(s) or Petitioner(s)
Taneytown Village Limited Partnership

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attached an alphabetized, numbered list if all plaintiffs

| | |
|---|---|
| Name of the attorney of record: [See RCFC 83.1(c)] | Jeff H. Eckland |
| Firm Name: | Eckland & Blando LLP |
| Post Office Box: | ______________ |
| Street Address: | 700 Lumber Exchange, 10 South Fifth Street |
| City-State-Zip: | Minneapolis, MN 55402 |
| Telephone & Facsimile Numbers: | Phone: (612)305-4444 Fax: (612)305-4439 |
| E-mail address: | ecklandandblando@aol.com |

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: [1] [3] [4]

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356 or 528 are used, please explain.

______________________________________________

______________________________________________

Government Agency Involved: [A] [G] [R]

See attached Sheet for three digit code.

Amount Claimed: $ To be determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) ______________

If this case is related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2