# In the United States Court of Federal Claims

| | | |
|---|---|---|
| TANEYTOWN VILLAGE, A LIMITED PARTNERSHIP | * | |
| *Plaintiff,* | * | No. 05-1094C |
| v. | * | |
| | * | Filed: December 5, 2005 |
| THE UNITED STATES, | * | |
| *Defendant.* | * | Senior Judge Smith |

**ORDER**

The Court hereby GRANTS the Joint Motion for Stay of Proceedings while certain related cases remain in this Court's Alternative Dispute Resolution ("ADR") pilot program.

The Stay will remain in effect until 14 days after the conclusion of ADR.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge